IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SUSAN HANAN | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | Case No. 3:19-CV-0149-B |
| | § | |
| CRETE CARRIER CORPORATION and | § | |
| DORN KNAPP, | § | |
| | § | |
| *Defendants.* | § | |

**DEFENDANTS' MOTION TO STRIKE THE OPINIONS AND TESTIMONY OF PLAINTIFF EXPERT, JASON MARCETTI, MD**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendants Crete Carrier Corporation ("Crete") and Dorn Knapp ("Knapp") (collectively, "Defendants") and file their Motion to Strike the Opinions and Testimony of Plaintiff Expert, Jason Marcetti, MD.

Defendants seek to strike the opinions and testimony of Marcetti on the grounds that—

(1) Marcetti's proposed opinions do not address the actual costs of the future medical care that he opines Plaintiff will need.

(2) Marcetti's opinions do not address the availability of Medicare to Plaintiff as a source of payment for her proposed future medical care.

The bases for the motion to strike Marcetti, and the authorities and analysis thereof are set out in a supporting brief, filed pursuant to Local Rule of Civil Procedure 7.1d.

Respectfully submitted,

*/s/ Jordan A. Mayfield*
JORDAN MAYFIELD
State Bar No. 24037051
JOE RIVERA
State Bar No. 24065981
MICHAEL SHANE O'DELL
State Bar No. 24065835
NAMAN, HOWELL, SMITH & LEE, PLLC
400 Austin Avenue, Suite 800
P. O. Box 1470
Waco, Texas  76703-1470
(254) 755-4100
FAX (254) 754-6331

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that Defendants' Motion to Strike the Opinions and Testimony of Plaintiff Expert Walter A. Guntharp Jr. was served on Plaintiff via the Court's electronic filing system to counsel for Plaintiff on this 14th day of November, 2019.

*/s/ Jordan A. Mayfield*
JORDAN MAYFIELD